UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE
2004 FEB 11  A 10: 26
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| **ITASN INC.**<br>　　　　　　　　　Plaintiff<br><br>v.<br><br>**JOHN DALTON, JULIE HARRIS d/b/a HELLO WORLD TRAVEL, INC., and THE WARREN TRAVEL GROUP, INC.,**<br>　　　　　　　　　Defendants | Civil Action<br>No. 04-40019-NMG |

## ASSENT TO NOTICE OF REMOVAL

The defendant **Julie Harris** hereby assents to the removal of this action to the United States District Court. The defendant further states:

1. On February 4, 2004, a complaint naming the defendant was received by the defendant at her Nevada address. Said complaint had previously been filed in the Superior Court for Worcester County, Massachusetts.

2. This action is one over which this court has jurisdiction under 28 U.S.C. § 1332. Plaintiff is a corporation incorporated under the laws of Massachusetts and having its principal place of business in the Commonwealth of Massachusetts. Defendant John Dalton is an individual who is a citizen of North Carolina. Defendant Julie Harris is a citizen of Nevada. Defendant Warren Travel Group, Inc. is a Connecticut corporation having its principal place of

business in the State of Connecticut. The matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. § 1332.

3. Defendant Julie Harris assents to the Notice of Removal filed by defendant John Dalton, and to the removal of this action to the United States District Court.

**JULIE HARRIS**
By her attorneys:

Owen Gallagher
BBO # 183420
Garrett Harris
BBO # 548838
Gallagher and Associates, P.C.
One Constitution Center
Boston, MA 02129
(617) 598-3810

**CERTIFICATE OF SERVICE**

I, Garrett Harris, certify that I served a copy of the foregoing on all counsel of record via first-class mail this 10 day of February, 2004.

Garrett Harris