# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 FEB 17 P 12: 46

U.S. DISTRICT COURT
DISTRICT OF MASS.

---

**ITASN INC.**

                              Plaintiff

v.

**JOHN DALTON, JULIE HARRIS d/b/a HELLO
WORLD TRAVEL, INC., and THE WARREN
TRAVEL GROUP, INC.,**
                              Defendants

Civil Action
No. 04-40019-NMG

---

## MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT (ASSENTED TO)

The defendants John Dalton, Julie Harris and The Warren Travel Group, Inc. hereby

move that the time in which they must file responsive pleadings to the complaint in the above

matter be extended to March 12, 2004. In support of this motion, the defendants state that this

motion is assented to by the plaintiff.

                    **JOHN DALTON, JULIE HARRIS,
                    THE WARREN TRAVEL GROUP, INC.**
                    By their attorneys:

                    Owen Gallagher
                    BBO # 183420
                    Garrett Harris
                    BBO # 548838
                    Gallagher and Associates, P.C.
                    One Constitution Center
                    Boston, MA 02129
                    (617) 598-3810

### CERTIFICATE OF SERVICE

I, Garrett Harris, certify that I served a copy of the foregoing on all counsel of record via first-class mail this 13 day of February,
2004.

                    Garrett Harris