UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ITASN INC.**<br><br>                 Plaintiff<br><br>v.<br><br>**JOHN DALTON, JULIE HARRIS d/b/a HELLO WORLD TRAVEL, INC., and THE WARREN TRAVEL GROUP, INC.,**<br>                 Defendants | Civil Action<br>No. 04-40019-NMG |

FILED<br>IN CLERK'S OFFICE<br>2004 FEB 27 P 12: 43<br>U.S. DISTRICT COURT<br>DISTRICT OF MASS.

### STIPULATION OF DISMISSAL AS TO DEFENDANT
### THE WARREN TRAVEL GROUP, INC. ONLY

Pursuant to F.R.C.P. Rule 41, the parties to the above matter hereby stipulate that all claims against the defendant **The Warren Travel Group, Inc.** shall be dismissed, without prejudice and without costs.

| | |
|---|---|
| **ITASN, INC.**<br>By its attorney,<br><br>_/s/ Richard E. Gentilli_ GH<br>Richard E. Gentilli, Esq.<br>BBO # 189080<br>Bartlett Hackett Feinberg, P.C.<br>10 High Street, Suite 920<br>Boston, MA 02110<br>(617) 422-0200<br><br>Dated: 2/26/04 | **JOHN DALTON, JULIE HARRIS, THE WARREN TRAVEL GROUP, INC.**<br>By their attorney,<br><br>_/s/ Garrett Harris_<br>Garrett Harris<br>BBO # 548838<br>Gallagher and Associates, P.C.<br>One Constitution Center<br>Boston, MA 02129<br>(617) 598-3810<br><br>Dated: 2/26/04 |

**CERTIFICATE OF SERVICE**

I, Garrett Harris, certify that I served a copy of the foregoing on all counsel of record via first-class mail this 26th day of February, 2004.

_/s/ Garrett Harris_
Garrett Harris