# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE
2004 MAR 23 P 12: 05

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| **ITASN INC.**<br>Plaintiff<br><br>v.<br><br>**JOHN DALTON, and JULIE HARRIS d/b/a HELLO WORLD TRAVEL, INC.,**<br>Defendants | Civil Action<br>No. 04-40019-NMG |

## MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT (ASSENTED TO)

The defendants John Dalton and Julie Harris hereby move that the time in which they must file responsive pleadings to the complaint in the above matter be extended to **April 9, 2004.** In support of this motion, the defendants state that they continue to be in active communication with the plaintiff for the purpose of narrowing issues and potentially resolving the case without the need for a responsive pleading. In further support of this motion, the defendants state that this motion is assented to by the plaintiff.

JOHN DALTON and JULIE HARRIS,
By their attorney:

_____
Garrett Harris
BBO # 548838
Gallagher and Associates, P.C.
One Constitution Center
Boston, MA 02129
(617) 598-3810

**CERTIFICATE OF SERVICE**

I, Garrett Harris, certify that I served a copy of the foregoing on all counsel of record via first-class mail this 22 day of March, 2004.

_____
Garrett Harris