UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE
2004 APR -6 P 12: 24
U.S. DISTRICT COURT
DISTRICT OF MASS.

| ITASN INC. | |
|---|---|
| Plaintiff | |
| v. | Civil Action<br>No. 04-40019-NMG |
| JOHN DALTON, and JULIE HARRIS d/b/a HELLO WORLD TRAVEL, INC., | |
| Defendants | |

## MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT (ASSENTED TO)

The defendants John Dalton and Julie Harris hereby move that the time in which they must file responsive pleadings to the complaint in the above matter be extended to **April 23, 2004.** In support of this motion, the defendants state that the parties continue to be in active communications and negotiations for the purpose of narrowing issues and potentially resolving the case without the need for a responsive pleading. In further support of this motion, the defendants state that this motion is assented to by the plaintiff.

JOHN DALTON and JULIE HARRIS,
By their attorney:

_____
Garrett Harris
BBO # 548838
Gallagher and Associates, P.C.
One Constitution Center
Boston, MA 02129
(617) 598-3810

### CERTIFICATE OF SERVICE

I, Garrett Harris, certify that I served a copy of the foregoing on all counsel of record via first-class mail this ___ day of April, 2004.

_____
Garrett Harris