UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 APR 13 P 12: 31

U.S. DISTRICT COURT
DISTRICT OF MASS.

**ITASN INC.**
                Plaintiff

v.

**JOHN DALTON, and JULIE HARRIS d/b/a HELLO WORLD TRAVEL, INC.,**
                Defendants

Civil Action
No. 04-40019-NMG

## MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT (ASSENTED TO)

The defendants John Dalton and Julie Harris hereby move that the time in which they must file responsive pleadings to the complaint in the above matter be extended to **May 7, 2004.** In support of this motion, the defendants state that the parties are making progress in their negotiations for the purpose of narrowing issues and potentially resolving the case without the need for a responsive pleading, but realize they may need additional time to work out resolution terms. In further support of this motion, the defendants state that this motion is assented to by the plaintiff.

                              **JOHN DALTON and JULIE HARRIS,**
                              By their attorney:

                              Garrett Harris
                              BBO # 548838
                              Gallagher and Associates, P.C.
                              One Constitution Center
                              Boston, MA 02129
                              (617) 598-3810

**CERTIFICATE OF SERVICE**

I, Garrett Harris, certify that I served a copy of the foregoing on all counsel of record via first-class mail this 12th day of April, 2004.

Garrett Harris