# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ITASN INC.**<br>Plaintiff<br><br>v.<br><br>**JOHN DALTON, and JULIE HARRIS d/b/a HELLO WORLD TRAVEL, INC.,**<br>Defendants | Civil Action<br>No. 04-40019-NMG |

## MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT (ASSENTED TO)

The defendants John Dalton and Julie Harris hereby move that the time in which they must file responsive pleadings to the complaint in the above matter be extended to **May 21, 2004.** In support of this motion, the defendants state that the parties have made substantial progress in their negotiations for the purpose of narrowing issues and potentially resolving the case without the need for a responsive pleading, but need additional time to work out resolution terms. In further support of this motion, the defendants state that this motion is assented to by the plaintiff.

**JOHN DALTON and JULIE HARRIS,**
By their attorney:

_____
Garrett Harris
BBO # 548838
Gallagher and Associates, P.C.
One Constitution Center
Boston, MA 02129
(617) 598-3810

### CERTIFICATE OF SERVICE

I, Garrett Harris, certify that I served a copy of the foregoing on all counsel of record via first-class mail this 6th day of May, 2004.

_____
Garrett Harris