# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ITASN INC.**<br>　　　　　　　Plaintiff<br><br>v.<br><br>**JOHN DALTON, and JULIE HARRIS d/b/a HELLO WORLD TRAVEL, INC.,**<br>　　　　　　　Defendants | Civil Action<br>No. 04-40019-NMG |

## MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT (ASSENTED TO)

The defendants John Dalton and Julie Harris hereby move that the time in which they must file responsive pleadings to the complaint in the above matter be extended to **June 11, 2004.** In support of this motion, the defendants state that the parties have made further substantial progress in their negotiations for the purpose of resolving the case, and in fact are close to reaching a settlement, but need additional time to work out final resolution terms. In further support of this motion, the defendants state that this motion is assented to by the plaintiff.

　　　　　　　　　　　　　　　　**JOHN DALTON and JULIE HARRIS,**
　　　　　　　　　　　　　　　　By their attorney:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Garrett Harris
　　　　　　　　　　　　　　　　BBO # 548838
　　　　　　　　　　　　　　　　Gallagher and Associates, P.C.
　　　　　　　　　　　　　　　　One Constitution Center
　　　　　　　　　　　　　　　　Boston, MA 02129
　　　　　　　　　　　　　　　　(617) 598-3810

### CERTIFICATE OF SERVICE

I, Garrett Harris, certify that I served a copy of the foregoing on all counsel of record via first-class mail this 20th day of May, 2004.

_____
Garrett Harris