# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE
2004 JUN 14 P 1:05
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| **ITASN INC.**<br><br>Plaintiff<br><br>v.<br><br>**JOHN DALTON, and JULIE HARRIS d/b/a HELLO WORLD TRAVEL, INC.,**<br><br>Defendants | Civil Action<br>No. 04-40019-NMG |

## MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT (ASSENTED TO)

The defendants John Dalton and Julie Harris hereby move that the time in which they must file responsive pleadings to the complaint in the above matter be extended to **July 2, 2004.** In support of this motion, the defendants state that the parties have worked out a settlement with respect to John Dalton and expect to file shortly a stipulation of dismissal. With respect to Julie Harris, the parties have made further substantial progress in their negotiations for the purpose of resolving the case, and in fact are close to reaching a settlement, but need additional time to work out final resolution terms. In further support of this motion, the defendants state that this motion is assented to by the plaintiff.

**JOHN DALTON and JULIE HARRIS,**
By their attorney:

_____
Garrett Harris
BBO # 548838
Gallagher and Associates, P.C.
One Constitution Center
Boston, MA 02129
(617) 598-3810

### CERTIFICATE OF SERVICE

I, Garrett Harris, certify that I served a copy of the foregoing on all counsel of record via first-class mail this 11 day of June 2004.

_____
Garrett Harris