# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 JUN 30 P 1: 05
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| **ITASN INC.** | |
| Plaintiff | |
| v. | |
| **JOHN DALTON and JULIE HARRIS d/b/a HELLO WORLD TRAVEL, INC.,** | |
| Defendants | |

Civil Action
No. 04-40019-NMG

## STIPULATION OF DISMISSAL AS TO DEFENDANT
## JOHN DALTON ONLY

Pursuant to F.R.C.P. Rule 41, the parties to the above matter hereby stipulate that all claims against the defendant **John Dalton** shall be dismissed, with prejudice and without costs or attorneys fees, and with all parties waiving any right of appeal.

**ITASN, INC.**

By its attorney,

Richard E. Gentilli, Esq.
BBO # 189080
Bartlett Hackett Feinberg, P.C.
10 High Street, Suite 920
Boston, MA 02110
(617) 422-0200

Dated: 6/25/0?

**JOHN DALTON, JULIE HARRIS,**

By their attorney,

Garrett Harris
BBO # 548838
Gallagher and Associates, P.C.
One Constitution Center
Boston, MA 02129
(617) 598-3810

Dated: 6/25/0?

### CERTIFICATE OF SERVICE

I, Garrett Harris, certify that I served a copy of the foregoing on all counsel of record via first-class mail this 25th day of June, 2004.

Garrett Harris