UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ITASN INC.**<br><br>          Plaintiff<br><br>v.<br><br>**JULIE HARRIS d/b/a HELLO WORLD TRAVEL, INC.,**<br><br>          Defendant | Civil Action<br>No. 04-40019-NMG |

## MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT (ASSENTED TO)

The defendant Julie Harris hereby moves that the time in which she must file a responsive pleading to the complaint in the above matter be extended to **July 23, 2004.** In support of this motion, the defendant states that the parties have made further substantial progress in their negotiations for the purpose of resolving the case, and are close to reaching a final settlement, but need additional time to work out final resolution terms. In further support of this motion, the defendant states that this motion is assented to by the plaintiff.

                              **JULIE HARRIS,**

                              By her attorney:

                              Garrett Harris
                              BBO # 548838
                              Gallagher and Associates, P.C.
                              One Constitution Center
                              Boston, MA 02129
                              (617) 598-3810

**CERTIFICATE OF SERVICE**

I, Garrett Harris, certify that I served a copy of the foregoing on all counsel of record via first-class mail this ____ day of July, 2004.

                              Garrett Harris