# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF MASSACHUSETTS

FILED
IN OFFICE

**ITASN INC.**
                          Plaintiff

v.

**JULIE HARRIS d/b/a HELLO WORLD TRAVEL, INC.,**
                          Defendant

29  P  1: 07

U.S. DISTRICT COURT
DISTRICT OF MASS.

Civil Action
No. 04-40019-NMG

---

### MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT (ASSENTED TO)

The defendant Julie Harris hereby moves that the time in which she must file a responsive pleading to the complaint in the above matter be extended to **August 2, 2004.** In support of this motion, the defendant states that the parties have reached a final settlement, and expect to file shortly a stipulation of dismissal. In further support of this motion, the defendant states that this motion is assented to by the plaintiff.

**JULIE HARRIS,**

By her attorney:

Garrett Harris
BBO # 548838
Gallagher and Associates, P.C.
One Constitution Center
Boston, MA 02129
(617) 598-3810

**CERTIFICATE OF SERVICE**

I, Garrett Harris, certify that I served a copy of the foregoing on all counsel of record via first-class mail this 27th day of July, 2004.

Garrett Harris