UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ITASN INC.**<br><br>Plaintiff<br><br>v.<br><br>**JULIE HARRIS d/b/a HELLO WORLD TRAVEL, INC.,**<br><br>Defendants | Civil Action<br>No. 04-40019-NMG |

## STIPULATION OF DISMISSAL AS TO DEFENDANT JULIE HARRIS d/b/a HELLO WORLD TRAVEL, INC.

Pursuant to F.R.C.P. Rule 41, the parties to the above matter hereby stipulate that all claims against the defendant **Julie Harris d/b/a Hello World Travel, Inc.** shall be dismissed, with prejudice and without costs or attorneys fees, and with all parties waiving any right of appeal.

| ITASN, INC. | JULIE HARRIS, |
|---|---|
| By its attorney, | By her attorney, |
| _____<br>Richard E. Gentilli, Esq.<br>BBO # 189080<br>Bartlett Hackett Feinberg, P.C.<br>10 High Street, Suite 920<br>Boston, MA 02110<br>(617) 422-0200 | _____<br>Garrett Harris<br>BBO # 548838<br>Gallagher and Associates, P.C.<br>One Constitution Center<br>Boston, MA 02129<br>(617) 598-3810 |
| Dated: 7/29/04 | Dated: 7/29/04 |

**CERTIFICATE OF SERVICE**

I, Garrett Harris, certify that I served a copy of the foregoing on all counsel of record via first-class mail this ____ day of July, 2004.

_____
Garrett Harris